**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CAMERON E. WALLACE,**

    **Plaintiff,**

**v.**                                                                                            **Case No. 8:05-cv-115-T-23TBM**

**DM CUSTOMS, INC., et al.,**

    **Defendants.**
_____/

**O R D E R**

THIS MATTER is before the court on **Defendants' Motion to Strike Plaintiff's Amended Damage Disclosures** (Doc. 54). By their motion, Defendants seek an Order striking Plaintiff's Amended Damages Disclosure on the grounds that it is untimely, incomplete, misleading, and fails to meet the requirements of Fed. R. Civ. P. 26. Plaintiff has filed a response in opposition and urges the court to deny the motion on the basis that his disclosure was timely and adequate in substance (Doc. 56).

Upon consideration, the motion to strike (Doc. 54) is **DENIED**.

**Done and Ordered** in Tampa, Florida, this 3rd day of October 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Court Judge
Counsel of Record