UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAMERON E. WALLACE,

    Plaintiff,

v.                                            CASE NO: 8:05-cv-115-T-23TBM

DM CUSTOMS, INC., et al.,

    Defendants.
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the court referred (Doc. 21) the defendants' motion for summary judgment (Docs. 14, 40) to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's August 11, 2006, report and recommendation (Doc. 47), the defendants object (Doc. 48) and the plaintiff responds (Doc. 51).

A *de novo* determination of those portions of the report and recommendation to which the defendants object reveals that the objections either are unfounded or otherwise require no different resolution of the motion. Accordingly, the defendants' objections (Doc 48) are **OVERRULED** and the Magistrate Judge's report and recommendation (Doc. 47) is **ADOPTED**. The defendants' motion for summary judgment (Docs. 14, 40) is **GRANTED** on the plaintiff's disparate treatment claim

(Counts I and III) and hate crime claim (Count V).  In all other respects, the defendants' motion for summary judgment (Docs. 14, 40) is **DENIED**.

ORDERED in Tampa, Florida, on October 6, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy