# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CAMERON E. WALLACE,**

    **Plaintiff,**

v.                                         Case No. 8:05-cv-115-T-TBM

**DM CUSTOMS, INC., et al.,**[1]

    **Defendants.**
_____/

# O R D E R

THIS CAUSE is before the court on the Defendants' motion for permission to bring electronic equipment into the Sam M. Gibbons United States Courthouse. The motion is hereby **GRANTED** as follows:

| | |
|---|---|
| Name of Persons Allowed to Bring in Devices: | J. Robert McCormack |
| Type of Device(s): | Sony Vaio, Model GRV 550 notebook computer with necessary cabling |
| Location Device(s) Allowed: | Courtroom 12B |
| Dates: | February 26, 2007, through March 2, 2007 |

The person authorized by this Order shall present copy of this Order to security personnel each time that person enters the courthouse with such equipment. In their

---

[1] This action was initially brought against DM Customs, Inc., and William S. Boozer. Truck Depot of Holiday, Inc., and Truck Depot of Clearwater, Inc., were joined as party defendants in May and July 2006, respectively.

discretion, courthouse security personnel may require the authorized person to present picture identification at the time of entry. The equipment described above is subject to inspection at any time by courthouse security personnel.

**Done and Ordered** in Tampa, Florida, this 22nd day of February 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
U.S. Marshal
Court Security Officers