**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CAMERON E. WALLACE,**

    **Plaintiff,**

v.                                                                                      **Case No. 8:05-cv-115-T-TBM**

**DM CUSTOMS, INC., et al.,**[1]

    **Defendants.**
_____/

**O R D E R**

THIS CAUSE is before the court on the Plaintiff's request for permission to bring electronic equipment into the Sam M. Gibbons United States Courthouse. The request is hereby **GRANTED** as follows:

| | |
|---|---|
| Name of Persons Allowed to Bring in Devices: | Gregory Showers<br>Ryan Barack |
| Type of Device(s): | Aiwa CD stereo/radio/cassette recorder, ID # csd-ex11; Blackberry model 7250; Blackberry model 07603049848 |
| Location Device(s) Allowed: | Courtroom 12B |
| Dates: | February 26, 2007, through March 2, 2007 |

---

[1] This action was initially brought against DM Customs, Inc., and William S. Boozer. Truck Depot of Holiday, Inc., and Truck Depot of Clearwater, Inc., were joined as party defendants in May and July 2006, respectively.

The persons authorized by this Order shall present copy of this Order to security personnel each time they enter the courthouse with such equipment. In their discretion, courthouse security personnel may require the authorized persons to present picture identification at the time of entry. The equipment described above is subject to inspection at any time by courthouse security personnel.

**Done and Ordered** in Tampa, Florida, this 23rd day of February 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
U.S. Marshal
Court Security Officers