**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CAMERON E. WALLACE,

       **Plaintiff,**

v.                                    **Case No.  8:05-cv-115-T-TBM**

DM CUSTOMS, INC., et al.,

       **Defendants.**

_____/

**O R D E R**

THIS MATTER is before the court on **Plaintiff's Motion for New Trial** (Doc. 96). By his motion, Plaintiff urges the court, pursuant to Rule 59(a) of the Federal Rules of Civil Procedure, to grant him a new trial on the basis that the verdict was contrary to the weight of the evidence and defense counsel improperly argued considerations outside the record during closing arguments.[1]  Defendants have filed a response in opposition (Doc. 97).

Under Rule 59, "[a] new trial may be granted . . . in an action in which there has been a trial by jury, for any of the reasons for which new trials have heretofore been granted" under the common law.  Fed. R. Civ. P. 59(a)(1).  A motion for new trial is left to the discretion of the trial court.  Hercaire Int'l, Inc. v. Argentina, 821 F.2d 559, 562 (11th Cir. 1987); Silverberg v. Paine, Webber, Jackson & Curtis, Inc., 710 F.2d 678, 684-85 (11th Cir. 1983).

The court has carefully considered the arguments raised by Plaintiff and finds no grounds warranting the granting of a new trial in this cause.  Even if the court were to disagree

---

[1]A transcript of the closing argument was also filed.  See (Doc. 98-2).

with the verdict, a fair reading of the evidence adduced at trial demonstrates that the jury

reasonably could have concluded that Plaintiff failed to prove his claims.  The closing

arguments on both sides were fair advocacy.  Defense counsel's closing argument was

generally supported by the evidence and otherwise fair comment on the same.  Accordingly,

**Plaintiff's Motion for New Trial** (Doc. 96) is respectfully **DENIE**D.

      **Done and Ordered** in Tampa, Florida, this 6th day of April 2007.


THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:
Counsel of Record

2